UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| LAWANDA RUTLEDGE,  )  *Plaintiff*,                                )  )  *vs.*                                         )  )  ELI LILLY & COMPANY,           )  *Defendant*.                         )  ) | 1:10-cv-01693-JMS-DML |

### FINAL JUDGMENT

The Court now enters **FINAL JUDGMENT** in favor of Defendant Eli Lilly & Company and against Plaintiff Lawanda Rutledge, such that Plaintiff shall take nothing by way of her Complaint.

07/26/2012

_____
Hon. Jane Magnus-Stinson, Judge
United States District Court
Southern District of Indiana

**Distribution via ECF only:**

Kevin W. Betz
BETZ & BLEVINS
kbetz@betzadvocates.com

Sandra L. Blevins
BETZ & ASSOCIATES
sblevins@betzadvocates.com

Ellen E. Boshkoff
FAEGRE BAKER DANIELS LLP - Indianapolis
ellen.boshkoff@faegrebd.com

Benjamin C. Ellis
BETZ & BLEVINS
bellis@betzadvocates.com

Matthew Louis Schmid
SANFORD WITTELS & HEISLER, LLP
mschmid@swhlegal.com